# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON STEINHARDT, ROBERT ASUNCION, JAMES QUANN, MAXIMILLIAN REIS, ELPIDIO SANCHEZ, CONCEPCION SAENZ CAMBRA, RIKARD BANDEBO, and JI WANG, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, d/b/a AUDI OF AMERICA, INC., AUDI OF AMERICA, LLC, a Delaware Corporation, AUDI AG, a German corporation, and VOLKSWAGEN AG, a German corporation,<br>　　　　　　　　Defendants. | No. 3:23-cv-02291-RK-RLS<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that on March 4, 2024 at 10:00 a.m., or as soon as the matter may be heard by the Honorable Robert Kirsch of the United States District Court for the District of New Jersey, located at 402 East State Street, Trenton, NJ 08608, Plaintiffs Jason Steinhardt, Robert Asuncion, James Quann, Maximilian Reis, Elpidio Sanchez, Concepcion Saenz Cambra, Rikard Bandebo, and Ji Wang (collectively, "Plaintiffs"), individually and as representatives of the Settlement Class, will and hereby do move for entry of the [Proposed] Order submitted herewith, granting preliminary approval, pursuant to Rule 23 of the Federal Rules of

Civil Procedure, of a proposed class action Settlement Agreement and other related relief.

This Motion is based upon this Notice of Motion, the supporting Memorandum of Law, the Settlement Agreement and its exhibits, the other attached exhibits and declarations, the pleadings and records on file in this action, the argument of counsel, and any other matters the Court may consider, including at the hearing of this Motion.

Defendants consent to the relief sought by this Motion.

Dated: February 9, 2024      By:      */s/ Timothy N. Mathews*
**CHIMICLES SCHWARTZ KRINER & DONALDSON SMITH LLP**
Timothy N. Mathews
(NJ I.D. No. 022262003)
Alex M. Kashurba
(NJ I.D. No.1407122014)
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
tnm@chimicles.com
amk@chimicles.com

By:      */s/ Andrew W. Ferich*
**AHDOOT & WOLFSON, PC**
Andrew W. Ferich
(NJ I.D. No. 015052012)
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Robert R. Ahdoot (*pro hac vice* to be filed)
Deborah De Villa (*pro hac vice* to be filed)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
rahdoot@ahdootwolfson.com
ddevilla@ahdootwolfson.com

*Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notice of same to all counsel of record.

      */s/ Timothy N. Mathews*
      Timothy N. Mathews