# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON STEINHARDT, ROBERT ASUNCION, JAMES QUANN, MAXIMILLIAN REIS, ELPIDIO SANCHEZ, CONCEPCION SAENZ CAMBRA, RIKARD BANDEBO, and JI WANG, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, d/b/a AUDI OF AMERICA, INC., and AUDI OF AMERICA, LLC, a Delaware Corporation,<br><br>                    Defendants. | No. 3:23-cv-02291-RK-RLS<br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that at the Final Fairness Hearing in this matter scheduled for October 7, 2024 before the Honorable Robert Kirsch of the United States District Court for the District of New Jersey, located at 402 East State Street, Courtroom 4E, Trenton, NJ 08608 (ECF 63 at 17), Plaintiffs Jason Steinhardt, Robert Asuncion, James Quann, Maximilian Reis, Elpidio Sanchez, Concepcion Saenz Cambra, Rikard Bandebo, and Ji Wang (collectively, "Plaintiffs"), individually and as class representatives for the Settlement Class, hereby do move

for: (a) an Order and Judgment Granting Final Approval of Settlement; and (b) Final Judgment. Because opt outs are still being evaluated for timeliness and validity, the Parties will submit a proposed order and judgment on or before September 14, 2024.

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Law; the concurrently filed Declaration of Katrina Ashley from the Claim Administrator, the previously filed Declarations of Timothy N. Mathews and Andrew W. Ferich in support of the fee motion (ECF Nos. 64-2 & 64-3), and; the Settlement Agreement previously filed with the Court and all papers filed in support thereof (ECF Nos. 59-60); the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

Dated:  August 30, 2024        By:        */s/ Timothy N. Mathews*
**CHIMICLES SCHWARTZ KRINER & DONALDSON SMITH LLP**
Timothy N. Mathews
(NJ I.D. No. 022262003)
Alex M. Kashurba
(NJ I.D. No.1407122014)
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
tnm@chimicles.com
amk@chimicles.com

By:        */s/ Andrew W. Ferich*
**AHDOOT & WOLFSON, PC**
Andrew W. Ferich
(NJ I.D. No. 015052012)
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Telephone: (310) 474-9111

Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Robert R. Ahdoot (*pro hac vice*)
Sarper Unal (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
rahdoot@ahdootwolfson.com
sunal@ahdootwolfson.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 30, 2024 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notice of same to all counsel of record.

*/s/ Timothy N. Mathews*
Timothy N. Mathews
